The People of the State of Illinois, Plaintiff-Appellee, *v.* Robert Daugherty *et al.*, Defendants-Appellants.

(No. 57713;

First District (2nd Division)—September 4, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

Paul Bradley, of Chicago, (Howard B. Augustus, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Thomas G. White, Assistant State's Attorneys, of counsel,) for the People.